United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Dale L Houck
Angela G Houck
    Debtors

Case No. 10-23407-ref
Chapter 13

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: admin                  Page 1 of 2                  Date Rcvd: Jul 22, 2016
                              Form ID: 3180W               Total Noticed: 18
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 24, 2016.
```
db/jdb         +Dale L Houck,    Angela G Houck,    102 N Walnut Street,    Birdsboro, PA 19508-2006
smg            +Bureau of Audit and Enforcement,   City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,   Eighth and Washington Streets,    Reading, PA  19601
smg            +Lehigh County Tax Claim Bureau,   17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,   633 Court Street,    Second Floor,   Reading, PA 19601-4300
12265041       +Account Management Services - CTV,    Accounts Recovery Bureau Inc.,    P O Box 6768,
                 Wyomissing, PA 19610-0768
12301472        Berks County Tax Claim Bureau,    633 Court Street, 2nd Fl, Svc Ctr,   Reading, PA  19601
12260921       +Diamond Credit Union,    1600 Medical Drive,    Pottstown, PA 19464-3242
12355059       +PNC Mortgage,,   a division of PNC Bank,,    National Association,   3232 NEWMARK DRIVE,
                 MIAMISBURG, OH 45342-5421
12224189       +Pottstown Medical Specialists,   1591 Medical Drive,    Pottstown, PA 19464-3287
12346989       +Pottstown Memorial Medical Center,    c/o PASI,   PO Box 188,   Brentwood, TN 37024-0188
12464123       +Stephen J. Ross, Esq.,    Ross & Schnarrs, P.C.,   152 E. High St., Suite 100,
                 Pottstown, PA 19464-5480
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: robertsl2@dnb.com Jul 23 2016 01:27:13      Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 23 2016 01:26:38
                 Pennsylvania Department of Revenue,   Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 23 2016 01:27:21     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
12718827        EDI: PRA.COM Jul 23 2016 01:13:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 NORFOLK, VA 23541
13017954       +EDI: OPHSUBSID.COM Jul 23 2016 01:13:00      Vanda, LLC,   c/o Weinstein & Riley, P.S.,
                 2001 Western Ave., Ste. 400,   Seattle, WA 98121-3132
12319677        EDI: ECAST.COM Jul 23 2016 01:13:00      eCAST Settlement Corporation,   POB 29262,
                 New York, NY 10087-9262
                                                                                               TOTAL: 6
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2016                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2016 at the address(es) listed below:
```
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JOSEPH L QUINN    on behalf of Joint Debtor Angela G Houck CourtNotices@sjr-law.com
              JOSEPH L QUINN    on behalf of Debtor Dale L Houck CourtNotices@sjr-law.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   PNC Mortgage bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              MARGARET  GAIRO    on behalf of Creditor   Diamond Credit Union ecfmail@mwc-law.com
              STEPHEN J ROSS    on behalf of Plaintiff Angela G Houck CourtNotices@SJR-Law.com
              STEPHEN J ROSS    on behalf of Debtor Dale L Houck CourtNotices@SJR-Law.com
              STEPHEN J ROSS    on behalf of Plaintiff Dale L Houck CourtNotices@SJR-Law.com
```

```
District/off: 0313-4          User: admin              Page 2 of 2           Date Rcvd: Jul 22, 2016
                              Form ID: 3180W           Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        STEPHEN J ROSS    on behalf of Joint Debtor Angela G Houck CourtNotices@SJR-Law.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        TOTAL: 12

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Dale L Houck** | Social Security number or ITIN  xxx–xx–1514 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Angela G Houck** | Social Security number or ITIN  xxx–xx–5662 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | |
| Case number: | **10–23407–ref** | |

# Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Dale L Houck                                                    Angela G Houck

7/21/16                                                         **By the court:**    Richard E. Fehling
                                                                                     United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**